In the Matter of the Election of the Directors of THE DUV COMPANY, INC. DAVID J. Ross and GERTRUDE Ross, Appellants; MAX L. GOLDMAN and JULIUS LERNER, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

LILLIAN LYNN, Respondent, v. JAY J. LYNN, Appellant.— Order reversed and motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Cohn, J., dissents and votes to affirm upon the ground that (1) there is reasonable probability that plaintiff will succeed upon the appeal from so much of the judgment of separation as directs defendant to apply one-half of his net income after payment of income taxes to the support and maintenance of his wife and daughter; and (2) there is an adequate showing that plaintiff does not presently possess sufficient means to prosecute the appeal.

MAUDE SHIPMAN, as Administratrix, etc., of CLINTON ROBERT SHIPMAN, Deceased, Respondent, v. MANDALAY LINE, INC., Appellant.— Order unanimously modified by granting examination as to items 1 and 2 only of the notice of motion, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE CHARTERED BANK OF INDIA, AUSTRALIA AND CHINA, Respondent, v. J. HENRY SCHRODER BANKING CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer and Dore, JJ., dissent and vote to modify by allowing an examination and inspection of the merchandise.

MOSCOW FIRE INSURANCE COMPANY, OF MOSCOW, RUSSIA, and PAUL LUCKE, as Sole Surviving Director of Moscow Fire Insurance Company, of Moscow, Russia, and Conservator of Its Property, Respondents, v. BANK OF NEW YORK AND TRUST COMPANY, as Agent or Depositary of Said Moscow Fire Insurance Company, of Moscow, Russia, and of the Said Paul Lucke, as Surviving Director and Conservator, and Others, Respondents. SAMUEL E. MORRO and Others, Respondents, v. MOSCOW FIRE INSURANCE COMPANY, OF MOSCOW, RUSSIA, and Others, Respondents. (ALBERT G. AVERY, Appellant.)— Judgment, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the respondents Paul Lucke, as conservator of the property of Moscow Fire Insurance Company, and Samuel E. Morro and others. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOHN W. SAUNDERS, Appellant, v. WALKER MEMORIAL BAPTIST CHURCH, INC., Respondent. (Action No. 3.) — Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.